IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH JOHNSTON and DIANA RUSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>VOLUNTEERS OF AMERICA OKLAHOMA, INC.,<br><br>        Defendant. | No. 96-CV-1166K<br>(Consolidated with<br>97-CV-740 K) |

FILED
JUN 04 1999
Lombardi, Clerk
DISTRICT COURT

ENTERED ON DOCKET
DATE JUN 4 1999

## JUDGMENT

This matter arising under the Fair Labor Standards Act came before the Court for consideration upon Defendant's Motion for Summary Judgment. After having duly considered the issues raised and deciding them in an Order filed on April 9, 1999, and after having been advised of the parties' stipulation as to the amount of damages, costs and attorneys' fees, the Court has determined that Plaintiffs are entitled to judgment in their favor.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is hereby entered for the remaining fifty Plaintiffs, inclusive of damages, costs and attorneys' fees, as follows:

| NAME | AMOUNT |
|---|---|
| Deborah Johnston | $8,396.63 |
| Diana Russ | $8,293.43 |
| Bridget A. Ames | $2,369.02 |
| Russell Applegate (dec.) Norma L. Applegate | $9,811.34 |
| Sharon Bates | $1,743.03 |
| Betty J. Baucom | $178.70 |



| NAME | AMOUNT |
|---|---|
| Helen Berry | $6,813.80 |
| Pamela Brown Berry | $1,431.38 |
| Jimmy Bostic | $4,781.99 |
| Aleta Britt | $7,385.41 |
| Angeline C. Brooks | $1,122.16 |
| Shawnda L. Brown | $4,857.05 |
| Dawna Campell | $4,918.80 |
| Jonathan Coleman | $178.70 |
| Edna J. Crabtree | $570.94 |
| Priscilla Crume | $3,553.38 |
| Sandra D. Deville | $3,100.95 |
| Tracy Emerson | $1,329.52 |
| Tina M. English | $178.70 |
| Lakeesha Gibbons | $1,471.59 |
| Linda Hall | $1,254.47 |
| Darren J. Hannah | $373.93 |
| Pat Harper | $3,368.03 |
| Kimberly Jones | $1,283.06 |
| Rosie M. Jones | $602.04 |
| Kelly J. Kaulay | $488.44 |
| Christi G. King | $6,938.45 |
| Alysa L. Kinnell | $178.70 |
| Thomas Lawrence, Jr. | $394.03 |
| Queen E. Lewis | $981.95 |
| Marie A. Maxwell | $178.70 |
| Patricia R. McCarrell | $4,712.30 |

| NAME | AMOUNT |
|---|---|
| Sean McDaniel | $4,964.27 |
| Charles W. Mulanax | $1,275.91 |
| Lugena Nwaiwa | $2,469.73 |
| Terrell T. Palmer | $6,189.25 |
| Sandra K. Peterson | $323.00 |
| Loverl Ramsey | $896.36 |
| Yolanda Ramsey | $3,045.04 |
| Tracy Richard | $662.08 |
| Tilequa L. Savage | $402.07 |
| Miriam Serwanga | $584.35 |
| Patricia L. Staley | $4,034.48 |
| Teri Vaught | $3,266.80 |
| Teresa Veales | $4,303.78 |
| Ernest Walston | $1,927.27 |
| Jerild A. Walston | $3,366.69 |
| Karla Walston | $1,600.02 |
| Rhonda A. Wheeler | $5,386.98 |
| Sandra Wilkins | $2,061.30 |
| **Total** | **$140,000.00,** |

with interest thereon at the rate of 4.879%, as provided by law.

IT IS SO ORDERED this 28 day of May, 1999.

*Terry C Kern*

TERRY C. KERN
United States District Judge

APPROVED AS TO FORM:

_____
Steven R. Hickman
Attorney for Plaintiffs


_____
Jo Anne Deaton
Attorney for Defendant, Volunteers of America Oklahoma, Inc.


JAD/bjo
673-60